# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0025.  CHAN et al. v. FEDERAL HOME LOAN MORTGAGE CORPORATION et al.**

Kwok C. Chan, as trustee for the Tom Chan Trust a/k/a The Kwok C. Chan Trust, has filed an "Emergency Motion for Supersedeas Staying Non-judicial Foreclosure Pending Appeal," pursuant to Court of Appeals Rule 40 (b). The motion has been considered and is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*